UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Martha Lamothe</u>

    v.          Civil No. 06-cv-407-JD

<u>Beede Electrical Instrument Co., Inc.</u>
<u>Group Insurance Benefits Plan, et al.</u>

<u>ORDER OF DISMISSAL</u>

In accordance with the provisions of Local Rule 41.1, as neither an agreement for judgment nor a stipulation for dismissal has been filed, this case is herewith dismissed with prejudice.

  SO ORDERED.

November 1, 2007          */s/ Joseph A. DiClerico, Jr.*
                 Joseph A. DiClerico, Jr.
                 United States District Judge


cc: David Eby, Esq.
   Jonathan Shirley, Esq.
   Gordon Rehnborg, Jr., Esq.
   Mary Ann Dempsey, Esq.
   Deborah Freeman, Esq.
   Samantha Dowd Elliott, Esq.